# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANTINE S. ANANIADES, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE AIR FORCE, <br><br> Defendant. | Case No. CV 21-1645 MCS (PVC) <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint in the above-captioned matter, Defendant's Motion for Summary Judgment, Plaintiff's Cross-Motion for Summary Judgment, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections. After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED THAT:

1. Plaintiff's procedural objections to Defendant's Motion for Summary Judgment are OVERRULED;

2. Defendant's Motion for Summary Judgment is GRANTED;

3. Plaintiff's Cross-Motion for Summary Judgment is DENIED; and

4. Judgment shall be entered DISMISSING this action WITH PREJUDICE.

The Clerk shall serve copies of this Order and the Judgment herein on Plaintiff at his address of record and on counsel for Defendant.

IT IS SO ORDERED.

DATED: May 26, 2023

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE